**STATE of Missouri, Respondent,**

v.

**Gentry E. SLONE, Appellant.**

**No. WD 42363.**

Missouri Court of Appeals,
Western District.

July 31, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 1990.

Application to Transfer Denied Nov. 20, 1990.

Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and CLARK and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from jury conviction and sentence for second degree assault and armed criminal action.

Judgment affirmed. Rule 30.25(b).